UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Wayne Willey

Criminal No. 12-cr-92-01-JD

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; no further continuances. Trial is continued to the two-week period beginning March 19, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: January 14, 2013

cc: Jeffrey Levin, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation