```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

　　　　v.                          Criminal No. 12-cr-92-01-JD

Wayne Willey


O R D E R

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted; Trial is continued to the two-week period beginning May 21, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph A. DiClerico, Jr.
　　　　　　　　　　　　　　　　　　　　　　Joseph A. DiClerico, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: March 8, 2013

cc:　Jeffrey Levin, Esq.
　　　Terry Ollila, Esq.
　　　U.S. Marshal
　　　U.S. Probation